CLERK'S COURTROOM MINUTE SHEET – **CIVIL**

RONIESHA FORD, et al.,

        Plaintiffs,

v.                              Case No:  18-2660-CM

RENZENBERGER, INC.,

        Defendant.

**Attorney for Plaintiff: Katie Rickley**
**Attorney for Defendant: NO APPEARANCE BY COUNSEL**

| JUDGE: | Carlos Murguia | DATE: | 7/26/2019 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Dani Murray |

# SETTLEMENT APPROVAL HEARING

No appearance on behalf of defendant.  Plaintiff's counsel advises the Court that Ms. Kimberly Jones, defendant's counsel, sent an email that because the settlement is unopposed she did not plan to appear and has no objection to the settlement agreement.

Plaintiff's counsel requests ruling as to Jeralynne Walker's late claim and whether she is permitted to join.   The Court approves Ms. Jeralynne Walker as part of the class.

A correction was made as to the attorney fee submission and the claim as to Lodestar as to Sarah Talliion – correct amount is $70.00

The Court finds that the settlement and attorney fees are fair, just and reasonable.

#17 – PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT AND FEE APPROVAL AND SUGGSTIONS IN SUPPORT THEREOF -   **GRANTED.  Order to follow.**